AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means         ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>SUBJECT PARCELS 1 through 12 (collectively the "SUBJECT PARCELS"), currently in the custody of the USPIS Task Force Office in Chino, CA. | **AMENDED**<br>Case No. 8:23-MJ-00063 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference[ and attached hereto].

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    02/02/2023 at 1:12 p.m.                    *[signed]*
                                                                                                  Judge's signature

City and state:    Santa Ana, California                    Hon. John D. Early, U.S. Magistrate Judge
                                                                                         *Printed name and title*

AUSA:   Charles Pell (ext. 3542)

| Return | | |
|---|---|---|
| Case No.:<br>8:23-MJ-00063 | Date and time warrant executed:<br>2/3/23 / 9:24 a.m. | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of :
USPIS TFO D. Thompson

Inventory of the property taken and name of any person(s) seized:

EI 588 889 582 US
$30,100 U.S. Currency
Parcel wrappings

EI 574 080 574 US
$5,600 U.S. Currency
Parcel wrappings

EJ 316 370 687 US
$1,000 U.S. Currency
Parcel wrappings

EI 604 741 905 US
$12,800 U.S. Currency
Parcel wrappings

EI 277 575 094 US
$8,000 U.S. Currency
Parcel wrappings

EJ 805 204 055 US
$18,000 U.S. Currency
Parcel wrappings

EJ 934 089 664 US
$15,000 U.S. Currency
Parcel wrappings

EI 586 408 654 US
Nothing seized

EI 579 166 847 US
Nothing seized

EI 572 288 829 US
$4,000 U.S. Currency
Four (4) $1,000 Western Union Money Orders
Parcel wrappings

EI 348 740 375 US
Nothing seized

EI 359 860 878 US
Nothing seized

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/3/23

*Z. Sumpter*
*Executing officer's signature*

USPIS TFO Sumpter
*Printed name and title*